IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES HUGHES, JR.**                                                                                           **PLAINTIFF**

V.                                      CASE NO. 4:20-CV-01044-LPR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

The Court remanded this social security case to the Commissioner pursuant to "sentence six" of Section 205(g) of the Social Security Act, 42 U.S.C. § 405.[1] Following remand, an ALJ reconsidered Mr. Hughes's disability claim.[2] The ALJ issued a fully favorable decision on June 9, 2022, which the Commissioner filed with the Court.[3] The ALJ's decision concludes the remand proceedings and provides Mr. Hughes some measure of the relief sought in his Complaint.[4] Moreover, the Commissioner concedes that Mr. Hughes is the prevailing party in this case.[5] Accordingly, the Court will enter judgment in his favor.

IT IS SO ORDERED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order Granting Mot. to Remand (Doc. 14).

[2] Def.'s Resp. to Court's Order (Doc. 20) at 5.

[3] Def.'s Resp. to Court's Order (Doc. 20).

[4] *See* Compl. (Doc. 2) at 2.

[5] Def.'s Resp. to Pl.'s Mot. for Attorney Fees (Doc. 16).