IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES HUGHES, JR.**                                                                                           **PLAINTIFF**

V.                             **CASE NO. 4:20-CV-01044-LPR**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of the Plaintiff.

DATED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE